
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Case No. 4:21CR117 |
| | § | ALM/CAN |
| TENDAI GURURE | § | |

## INFORMATION

### Count One

Violation: 26 U.S.C. § 7206(2) (Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Return)

On or about the 15th day of January 2018, in the Eastern District of Texas, the defendant, TENDAI GURURE a resident of Dallas, Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Return, Forms 1040, for the taxpayer with initials R.C. and for calendar year 2017. The return was false and fraudulent as to a material matter, in that it represented that the taxpayer was entitled under the provisions of the Internal Revenue laws to claim Schedule C deductions for items and in the amount of $1,629.00, whereas, as the defendant then and there knew, the taxpayer was not entitled to claim the Schedule C deduction in the claimed amount.

In violation of Title 26, United States Code, Section 7206(2).

# NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

## Pursuant to 26 U.S.C. §§ 7301(a)-(e), 7302 & 28 U.S.C. § 2461

As a result of committing the offense charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 26 U.S.C. §§ 7301(a)-(e), 7302 & 28 U.S.C. § 2461, all property used to commit or facilitate the offenses.

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

KEVIN McCLENDON
Assistant United States Attorney
Texas Bar No. 13408620
101 East Park Boulevard, Suite 500
Plano, TX 75074
tel: (972) 509-1201
fax: (972) 509-1209
kevin.mcclendon@usdoj.gov