# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CASE NUMBER 4:21-CR-00117 |
| | § § § | |
| TENDAI GURURE | § | |

## ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

The Court referred this matter to the Honorable Christine A. Nowak, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. The Honorable Christine A. Nowak conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued her Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. The Magistrate Judge recommended that the Court accept the Defendant's guilty plea. She further recommended that the Court adjudge the Defendant guilty on Count One of the Information filed against the Defendant.

The parties have not objected to the Magistrate Judge's findings. The Court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are **ADOPTED**. The Court accepts the Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report. It is further **ORDERED** that, in accordance with the Defendant's guilty plea and the Magistrate Judge's findings, Defendant, **TENDAI GURURE**, is adjudged guilty as to Count One of the Information charging a violation

of Title 26 U.S.C. § 7206(2) – Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Return.

**SIGNED this 4th day of June, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE